# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In Re: Thelma Rosette Davis

Debtor(s)

Case Number: 17-13538 TJC

Chapter: 7

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of April, 2017, a copy of The Statement of Intent

was mailed via Certified Mail to the following parties of interest:

Bankruptcy Trustee
Janet M. Nesse
McNamee, Hosea, et al
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770

AND

I mailed via Regular Mail to all other parties of interest (Creditors); Please see attached list.

Thelma Rosette Davis
Signature

Page 1 of 2

Certificate of Service Continued

List of Creditors
Served Via Regular Mail

1. Lendmark Financial Services
2. Alliance Security Inc.
3. Cedar Point Federal Credit Union
4. Fingerhut/Webbank
5. Jefferson Capital Systems Inc.
6. Salute/Atlantics
7. Security Credit Services
8. SYNCB/Walmart
9. Verizon Residential Telephone
10. Verizon Wireless Telephone-Cell Phone

Thelma Rosette Davis
Signature